# EXHIBIT 30

*Philips Lighting North America Corporation and Philips Lighting Holding B.V.
v. Deco Enterprises, Inc. (d/b/a Deco Lighting)*

United States District Court, District of Massachusetts



# D211-LED
## Medium Round Back Flood










### Description

The functional and aesthetically pleasing D211-LED is ideal for buildings, backyards, parks, signs, sports fields, and other general applications where flood lighting may come into use. Also suitable for accent, facade, landscape, parking lot, pathway, recreation, retail and security lighting.

### Ordering Information

Example: (D211-LED-40-50-UNV-T5-HK-BL-WG)

**D211-LED**

| Series | Wattage/Lumen | | Color Temp. | | Voltage | | Optics | | Mounting | | Finish | | Option | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medium Round Back Flood | 20<br>30<br>**40*** <br>60<br>80 | 20W/2030[3]<br>30W/3040[3]<br>40W/4050[3]<br>60W/6090[3]<br>80W/8120[3] | 30<br>35<br>40<br>50 | 3000K<br>3500K<br>4000K<br>5000K[4] | UNV<br>347<br>480 | 120-277V<br>347V<br>480V<br>(Step-Down Transformer used for 480V Divider) | T2<br>T3<br>T4<br>T5<br>NSP<br>MSP<br>MFL | Type 2<br>Type 3<br>Type 4<br>Type 5[1]<br>11°[6,7]<br>29°[6,7]<br>67°[6,7] | SF<br>HK<br>PF<br>GST<br>YM | Slip Fitter<br>Heavy Duty Adjustable Knuckle<br>Post Top Fitter<br>Ground Stake Top Fitter<br>Yoke Mount | BZ<br>BL<br>WH<br>CU | Bronze[1]<br>Black<br>White<br>Custom[2] | PC<br>WDF<br>WSF<br>TP<br>GS<br>PG<br>WG | Photocell<br>Wired Double Fuse[5]<br>Wired Single Fuse[5]<br>Tamper Proof<br>Glare Shield<br>Polycarbonate Lens Shield<br>Wire Guard |

*Select-A-Watt model, factory set at listed wattage when shipped. Please contact factory for information on selectable wattages for this fixture.
[1] Standard for fixture
[2] Contact factory for custom finish
[3] Delivered Lumens (5000K)
[4] Standard Color Temp.
[5] Please specify voltage (eg. 120V)
[6] Under Glass
[7] 60W & Below Only




Deco Lighting practices a program of continuous product development, and as a result product specifications change frequently. We reserve the right to change product specifications without notice. Contact Deco for the latest product information.

©2016 Deco Lighting, www.getdeco.com T: (800) 613-DECO F: (310) 366-6855
Rev Date: 1/24/17 #3



# D211-LED
## Medium Round Back Flood

### Features

- Rugged cast aluminium "round back" housing protects internal components.
- Die-cast aluminium door with twin screw enclosure and hinged bottom.
- Tempered, impact resistant glass lens with weather tight gasket seal.
- Large .5" universal aiming swivel knuckle with various mounting adapters
- Slip Fitter mounting bracket designed to fit 2 3/8" pole
- Wide, uniform beam for signs, facades and small areas.
- Bronze or white protective powder coated finish.
- UL 1598 listed for wet locations.
- Approx. Weight: 13 lbs

### Performance Data

| | |
|---|---|
| CRI: | 80+ |
| CCT: | 3000K, 3500K, 4000K, 5000K |
| Warranty: | 10 yr. Limited Warranty |
| Dimming: | Available with 0-10V inputs dimming down to 10% |
| Operating Temperature: | 0°-65°C Max Ambient |
| L70 Rating: | 100,000+ Hours |
| IP Rating: | IP65 |
| Drive Current: | 700mA |
| Sound Rating: | Class A (inaudible in a 24dB ambient environment) |
| Power Factor: | >0.95 |
| Total Harmonic Distortion: | <15% |
| BUG Rating: | B3    U1    G1 |

### Delivered Light Output & Equivalency Chart

#### HID to LED Replacement

| DELIVERED LUMENS | HID | LED Replacement |
|---|---|---|
| 1300lm | 50W | 10W |
| 2600lm | 70W | 20W |
| 3900lm | 100W | 30W |
| 5200lm | 150W | 40W |
| 7800lm | 175W | 60W |
| 11700lm | 250W | 80W |
| 15600lm | 400W | 120W |
| 26000lm | 750W | 200W |
| 31200lm | 1000W | 240W |

Interested in upgrading from HID to LED lighting? Use the conversion table below to get a general idea of what wattage LED fixture will replace your current lighting system. Lumen output and overall performance will vary by fixture, so please contact our factory or your nearest sales rep regarding specific questions on what wattage will best suit your desired space and application.

### Options & Accessories

| Glare Shield | Polycarbonate Lens Shield | Wire Guard | Heavy Duty Adjustable Knuckle |
|---|---|---|---|
| HID Ground Stake | Yoke Mount | External Mount Slip Fitter | Post Top Fitter |



Deco Lighting practices a program of continuous product development, and as a result product specifications change frequently. We reserve the right to change product specifications without notice. Contact Deco for the latest product information.

©2016 Deco Lighting, www.getdeco.com T: (800) 613-DECO F: (310) 366-6855
Rev Date: 1/24/17 #3

Digitize *your light.*®